■ In the Matter of KELVIN R., a Person Alleged to be a Juvenile Delinquent, Appellant. [748 NYS2d 46] —Order of disposition, Family Court, New York County (Mary Bednar, J.), entered on or about August 9, 2001, which adjudicated appellant a juvenile delinquent, upon his admission that he had committed an act which, if committed by an adult, would constitute the crime of resisting arrest, and conditionally discharged him for a period of 12 months, unanimously affirmed, without costs.

The court properly denied appellant's motion to dismiss the petition made on the ground that he was denied his constitutional right to a speedy trial (*see Matter of Benjamin L.*, 92 NY2d 660). The presentment agency presented a sufficient excuse for its seven-month delay in filing the petition, given its reasonably diligent efforts to secure a supporting affidavit from the non-English speaking, reluctant civilian victim. Moreover, the delay did not undermine the rehabilitative goal of this proceeding and appellant was not prejudiced in any manner. Concur—Williams, P.J., Nardelli, Mazzarelli, Marlow and Gonzalez, JJ.